**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Eric J. Brooks aka Eric Jeffrey D. Brooks<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 24-10100 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortgage Pass-Through Certificates, Series 2005-A and index same on the master mailing list.

                            Respectfully submitted,

                         /s/ **Mark A. Cronin**
                         Mark Cronin
                         23 Feb 2024, 09:17:02, EST

                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322