UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| ERIC J. BROOKS, <br> Debtor | CASE NO. 24-10100-amc <br><br> CHAPTER 13 |

## PRAECIPE ENTERING APPEARANCE

### NOTICE UNDER BANKRUPTCY RULES 9010, 2002 AND 9007

PLEASE TAKE NOTICE, that the undersigned appears for HEMAP PENNSYLVANIA HOUSING FINANCE AGENCY a creditor of the Debtors in the above stated case, and pursuant to Bankruptcy Rules 2002, 9007 and 9010, requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned, at the addresses hereinafter stated.

THE UNDERSIGNED REQUESTS THAT an entry be made on the Clerk's Matrix system to include the undersigned's name and address for mailing of the notices.

PLEASE TAKE FURTHER NOTICE, that pursuant to the foregoing Bankruptcy Rules, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way the rights and obligations of the above referred creditor, property or proceedings thereof which the debtors may claim or assert an interest in, in any way, or which require or seek to require any act, delivery of any property, payment or other conduct by said debtor.

/s/ Katie M. Housman
Katie M. Housman, Esq.
PURCELL, KRUG & HALLER
1719 North Front Street
Harrisburg, PA 17102
(717) 234-4178
Attorney Id #331942

Dated: February 28, 2024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Praecipe Entering Appearance was served via electronic notification, this date, to:

Attorney for Debtor:

        SHARON S. MASTERS, ESQUIRE
        VIA EMAIL: ECF/CM

Trustee:

        KENNETH E. WEST, ESQUIRE
        VIA EMAIL: ECF/CM

        /s/ Katie M. Housman
        Katie M. Housman, Esq.

Date: February 28, 2024