United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 24-10100-amc
Eric J. Brooks Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: May 16, 2024      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric J. Brooks, 5364 West Montgomery Avenue, Philadelphia, PA 19131-3349 |
| 14859810 | + | HEMAP Pennsylvania Housing Finance Agency, c/o Katie M. Housman, Purcell, Krug & Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14848070 | + | PGW, BAY AREA CREDIT SERVICE, 4145 SHACKLEFORD RD STE 330B, NORCROSS, GA 30093-3540 |
| 14848063 | | SELFSPORT, 3815 SOUTH WEST 05-20 TEMPLE ST, SALT LAKE CITY, UT 84115-4412 |
| 14858307 | + | U.S. Bank Trust Company, National Association, c/o Mark A. Cronin, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 17 2024 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: blegal@phfa.org | May 17 2024 00:12:00 | Pennsylvania Housing Finance Agency-HEMAP, 211 N. Front Street, Harrisburg, PA 17101-1406 |
| 14848065 | + | Email/Text: Bankruptcies@nragroup.com | May 17 2024 00:21:00 | AQUA, C/O NATIONAL RECOVERY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 14848067 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2024 00:13:26 | CAPITAL ONE, C/O PORTFOLIO RECOVERY, 120 CORPORATE BLVD, STE 100, NORFOLK, VA 23502-4952 |
| 14876043 | | Email/Text: megan.harper@phila.gov | May 17 2024 00:20:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14848066 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2024 00:12:00 | CREDIT ONE BANK, C/O MIDLAND CREDIT MGMT, 350 CAMINO DEL LA REINA, SUITE, 100, SAN DIEGO, CA 92108-3007 |
| 14848071 | + | Email/Text: blegal@phfa.org | May 17 2024 00:12:00 | PHFA, 211 N. FRONT ST., HARRISBURG, PA 17101-1466 |
| 14848069 | | Email/Text: Bankruptcy.Notices@pnc.com | May 17 2024 00:11:00 | PNC BANK, PO BOX 5580, CLEVELAND, OH 44101 |
| 14863038 | | Email/Text: Bankruptcy.Notices@pnc.com | May 17 2024 00:11:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14859408 | + | Email/Text: blegal@phfa.org | May 17 2024 00:12:00 | Pennsylvania Housing Finance Agency / HEMAP, 211 North Front Street, Harrisburg, PA 17101-1406 |

Case 24-10100-amc    Doc 40    Filed 05/18/24    Entered 05/19/24 00:34:37    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| 14860092 | + | Email/Text: blegal@phfa.org | May 17 2024 00:12:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14848068 | + | Email/Text: webadmin@vhllc.co | May 17 2024 00:20:00 | TAMPOE LLC, C/O VANCE & HUFFMAN, 55 MONETTE PKWY STE 100, SMITHFIELD, VA 23430-2577 |
| 14863438 | ^ | MEBN | May 17 2024 00:06:00 | U.S. Bank Trust Company, NA, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14867389 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2024 00:21:00 | U.S. Bank Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14863534 | + | Email/PDF: ebn_ais@aisinfo.com | May 17 2024 00:23:52 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14848062 | | PECO ENERGY, C/O SOUTHWEST CREDIT SYSTEM, 4120 INTERNATIONAL PKWY SUITE 1100, CAR |
| 14848064 | | VERIZON WIRELESS, P.O. BOX 26055, NATL RECOVERY DEPT M.S. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust Company National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortgage Pass-Through Certificates bkgroup@kmllawgroup.com |
| KATIE HOUSMAN | on behalf of Creditor Pennsylvania Housing Finance Agency-HEMAP khousman@pkh.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| SHARON S. MASTERS | on behalf of Debtor Eric J. Brooks shmasters@hotmail.com G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    ERIC J. BROOKS

Chapter 13

Bankruptcy No. 24-10100-AMC

Debtor

## ORDER

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date:  May 16, 2024

_____  
Honorable Ashely M. Chan  
Bankruptcy Judge